| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____   Chapter   **7** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Rhino Bites, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Flying Rhino Cafe** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **04-3499493** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**278 Shrewsbury Street**<br>**Worcester, MA 01604**<br>Number, Street, City, State & ZIP Code<br><br>**Worcester**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.flyingrhinocafe.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Rhino Bites, Inc.**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Rhino Bites, Inc.** _____ Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☑ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☑ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☑ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Rhino Bites, Inc.**                                                      Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 2, 2025**
             MM / DD / YYYY

**X /s/ Paul T. Barber**                                            **Paul T. Barber**
Signature of authorized representative of debtor            Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Vladimir von Timroth**                                      Date **July 2, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Vladimir von Timroth 643553**
Printed name

**Law Office of Vladimir von Timroth**
Firm name

**100 June Street**
**Worcester, MA 01602**
Number, Street, City, State & ZIP Code

Contact phone  **508-753-2006**       Email address  **vontimroth@gmail.com**

**643553 MA**
Bar number and State

# United States Bankruptcy Court
## District of Massachusetts

In re  **Rhino Bites, Inc.**  
Debtor(s)

Case No. _____  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **July 2, 2025**

**/s/ Paul T. Barber**  
**Paul T. Barber**/**President**  
Signer/Title

```
Airgas East
P.O. Box 734445
Chicago, IL 60673

Atlantic Importing Co.
350 Hopping Brook Road
Holliston, MA 01746

Atlas Distributing, Co.
44 Southbridge Street
PO Box 420
Auburn, MA 01501

Baker Tilly US
1 Highwood Drive
Tewksbury, MA 01876

Casella Waste Services
PO Box 1372
Williston, VT 05495

Chamber of Commerce
311 Main Street, Suite 200
Worcester, MA 01608

City Line Distrbutors
20 Industry Drive
West Haven, CT 06516

Connecticut Business System
PO Box 830090
Philadelphia, PA 19182

Cove Risk LLC
PO Box 59222-9222
Braintree, MA 02185

Dairyland Produce, LLC
d/b/a Sid Wainer & Son
PO Box 22264
New York, NY 10087

Discover Central Massachusetts
311 Main Street
Worcester, MA 01608

Duva Distributors
983 Milbury Street
Worcester, MA 01607

Eversource
PO Box 56007
Boston, MA 02205
```

```
Falvey Linen Supply
50 Burnham Avenue
Cranston, RI 02910

G & R Indudtries
4 Cote Avenue, Suite 9
Goffstown, NH 03045

Gibson Farms & Midtown Meats
27 Providence Street
Millbury, MA 01527

Golsh Plastics
89 Temple Street
Worcester, MA 01604

Good as Gold Coffee
115 Green Street
Worcester, MA 01604

Harpers Payroll Services
150 Prescott Street
Worcester, MA 01604

Horizon Beverage
PO Box 1165
Norton, MA 02766

Hospitality Discipline Services, Inc.
dba Cost Control Restaurant Group
PO Box 511
Andover, MA 01810

Hub Grinding Service
10 Hartshorn Road
Walpole, MA 02081

Impact Fire
26 Hampshire Drive
Hudson, NH 03051

Imperial Dade
PO Box 27305
New York, NY 10087

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

J.M.Staples
John Staples
17 Stark Road
Worcester, MA 01602
```

```
JP Pest Services
101 Emerson Road
Milford, NH 03055

Kapitus LLC
2500 Wilson Blvd., Suite 350
Arlington, VA 22201

Kapitus Servicing Inc.
2500 Wilson Blvd., Suite 350
Arlington, VA 22201

Katsiroubas Bros
PO Box 220
Readville, MA 02137

Knight Inc.
PO Box 20652
Worcester, MA 01602

M & M Cleaning Solutions
44 Chilmark Street
Worcester, MA 01604

M.S. Walker c/o Boston Wine Company
975 University Avenue
Norwood, MA 02062

MA Retail Merchants
WC Group Inc.
PO Box 59222-9222
Braintree, MA 02185

Martignetti Grocery Co.
500 John Hancock Drive
Taunton, MA 02780

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Murder Hill LLC
670 Linwood Avenue
Whitinsville, MA 01588

National Grid
PO Box 371338
Pittsburgh, PA 15250

Open Table
```

```
Pagio, Inc.
134 Gold Street
Worcester, MA 01608

Paul Barber


Paul Marks Co., Inc.
PO Box 847295
Boston, MA 02284

Pepsi-Cola Bottling Co.
90 Industrial Drive
Holden, MA 01520

Perch
PO Box 170718
Boston, MA 02117

Performance Foodservice - Boston
225 John Hancock Road
Taunton, MA 02780

PFG Springfield
One Performance Boulevard
PO Box 3024
Springfield, MA 01101

Quality Beverage L.P.
880 Burnett Road
Chicopee, MA 01020

Reinhart
225 John Hancock Rd.
Taunton, MA 02780

Rewards Network


Ricciardi Brosthers Inc.
Attn: Jimmy Ricciadi
PO Box 60398
Worcester, MA 01606

S&S Equipment
65 Wilson Street
Worcester, MA 01604

SBA EIDL Covid 19
U.S. Small Business Administration
PO Box 3918
Portland, OR 97208
```

Signature Brands
c/o Horizon Beverage Company
PO Box 1165
Norton, MA 02766

Sprague Operating Resources LLC
Lockbox P.O. Box 782532
Philadelphia, PA 19178

Stephen C. Garabedian, Esq.
Garabedian Law Offices PC
500 West Cummings Park, Suite 2425
Woburn, MA 01801

Sysco
99 Spring Street
Plympton, MA 02367

The Miles Press, Inc.
14 Sword Street
Auburn, MA 01501

Travelers Indemnity & Affiliates
CL Remittance Center
Hartford, CT 06183

TriMark United East
PO Box 845377
Boston, MA 02284

Unified Global
17218 Preston Rd Ste 4400
Dallas, TX 75252

United Liquors
500 John Hancock Road
Taunton, MA 02780

US Foodservice
PO Box 415087
Boston, MA 02241

West Boylston Seafood
321 West Boylston Street
West Boylston, MA 01583

Westerman Store Equipment Inc.
54 Green Street
Worcester, MA 01604

# United States Bankruptcy Court
## District of Massachusetts

In re **Rhino Bites, Inc.**                                                                  Case No.
                                   Debtor(s)                                             Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rhino Bites, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paul T. Barber                86.4%**
**498 S. Main Street**
**Centerville, MA 02632**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 2, 2025** | **/s/ Vladimir von Timroth** |
| Date | **Vladimir von Timroth 643553** |
| | Signature of Attorney or Litigant |
| | Counsel for **Rhino Bites, Inc.** |
| | **Law Office of Vladimir von Timroth** |
| | **100 June Street** |
| | **Worcester, MA 01602** |
| | **508-753-2006 Fax:774-221-9146** |
| | **vontimroth@gmail.com** |